fr3750

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

# PAYMENT ADVICES COVER SHEET

in Accordance With 11 U.S.C. Sec. 521(a)(1)(B)(iv)

In Re:

**Eduardo Renteria**

Debtor

Case No.: 10-46005

Chapter: **7**

*Please Check the Appropriate Box.*

***For Debtor:***

☑ Payment Advices are Attached.

- Number of Payment Advices Attached: 8
- Period Covered: ____________ (If period covered is less than 60 days or 8 weeks, attach an explanation)
- Number of Employers From Whom Debtor Received Payment Advices During the 60 Days Prior to Filing the Bankruptcy Petition: ________

***For Debtor:***

☐ No Payment Advices are Attached (the debtor had no income from any employer during the 60 Days Prior to Filing the Bankruptcy Petition).

☐ No Payment Advices are Attached for Some Other Reason *(Attach an explanation)*

I declare under penalty of perjury that I have read this Payment Advices Cover Sheet and the attached payment advices, consisting of ______ sheets, numbered 1 through ______, and that they are true and correct to the best of my knowledge, information and belief.

Signature of Debtor: [signature]
Eduardo Renteria

Date: 6/28/10



Deputy Clerk's Initials: ________

**Kinray, Inc.** 152-35 10TH AVE. WHITESTONE, N.Y. 11357 (718) 767-1234

No. 861834

THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW, IF NOT CORRECT PLEASE NOTIFY US PROMPTLY

| VENDOR NO. | INVOICE DATE | INVOICE NO. | GROSS AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 42820000001 | 06/23/2010 | 6232010RT 27 | 500.50 | .00 | 500.50 |
| 42820000001 | 06/23/2010 | 6232010RT 28 | 446.50 | .00 | 446.50 |
| 42820000001 | 06/23/2010 | 6232010RT.LI | 382.50 | .00 | 382.50 |
| 42820000001 | 06/23/2010 | 6232010RT.UJ | 573.22 | .00 | 573.22 |
| 42820000001 | 06/23/2010 | 6232010RT.XS | 125.00 | .00 | 125.00 |
| | | **TOTALS** | **2,027.72** | **.00** | **2,027.72** |

861834 REMITTANCE ADVICE

06/23/2010 EDUARDO RENTERIA D

**Kinray, Inc.** 152-35 10TH AVE. WHITESTONE, N.Y. 11357 (718) 767-1234

No. 859905

THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW, IF NOT CORRECT PLEASE NOTIFY US PROMPTLY

| VENDOR NO. | INVOICE DATE | INVOICE NO. | GROSS AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 42820000001 | 06/09/2010 | 6092010RT 27 | 500.50 | .00 | 500.50 |
| 42820000001 | 06/09/2010 | 6092010RT 28 | 451.25 | .00 | 451.25 |
| 42820000001 | 06/09/2010 | 6092010RT.LI | 382.50 | .00 | 382.50 |
| 42820000001 | 06/09/2010 | 6092010RT.TJ | 133.25 | .00 | 133.25 |
| 42820000001 | 06/09/2010 | 6092010RT.UJ | 561.40 | .00 | 561.40 |
| 42820000001 | 06/09/2010 | 6092010RT.XS | 130.00 | .00 | 130.00 |
| 859905 REMITTANCE ADVICE | | TOTALS | **2,158.90** | **.00** | **2,158.90** |

06/09/2010 EDUARDO RENTERIA D

**Kinray, Inc.** 152-35 10TH AVE. WHITESTONE, N.Y. 11357 (718) 767-1234

No. 858840

THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW, IF NOT CORRECT PLEASE NOTIFY US PROMPTLY

| VENDOR NO. | INVOICE DATE | INVOICE NO. | GROSS AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 42820000001 | 06/02/2010 | 6022010RT 27 | 399.50 | .00 | 399.50 |
| 42820000001 | 06/02/2010 | 6022010RT 28 | 361.00 | .00 | 361.00 |
| 42820000001 | 06/02/2010 | 6022010RT.JM | 462.00 | .00 | 462.00 |
| 42820000001 | 06/02/2010 | 6022010RT.LI | 306.00 | .00 | 306.00 |
| 42820000001 | 06/02/2010 | 6022010RT.UJ | 466.85 | .00 | 466.85 |
| 42820000001 | 06/02/2010 | 6022010RT.XS | 125.00 | .00 | 125.00 |
| 858840 REMITTANCE ADVICE | | TOTALS | 2,120.35 | .00 | 2,120.35 |

06/02/2010 EDUARDO RENTERIA D

**Kinray, Inc.** 152-35 10TH AVE. WHITESTONE, N.Y. 11357 (718) 767-1234

**No. 857051**

THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW, IF NOT CORRECT PLEASE NOTIFY US PROMPTLY

| VENDOR NO. | INVOICE DATE | INVOICE NO. | GROSS AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 42820000001 | 05/19/2010 | 5192010RT 27 | 491.50 | .00 | 491.50 |
| 42820000001 | 05/19/2010 | 5192010RT 28 | 451.25 | .00 | 451.25 |
| 42820000001 | 05/19/2010 | 5192010RT.JM | 525.00 | .00 | 525.00 |
| 42820000001 | 05/19/2010 | 5192010RT.LI | 382.50 | .00 | 382.50 |
| 42820000001 | 05/19/2010 | 5192010RT.UJ | 573.22 | .00 | 573.22 |
| 42820000001 | 05/19/2010 | 5192010RT.XS | 120.00 | .00 | 120.00 |
| 857051 REMITTANCE ADVICE<br>05/19/2010 EDUARDO RENTERIA | | **TOTALS**<br>D | **2,543.47** | **.00** | **2,543.47** |

**Kinray, Inc.** 152-35 10TH AVE. WHITESTONE, N.Y. 11357 (718) 767-1234

No. 856196

THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW, IF NOT CORRECT PLEASE NOTIFY US PROMPTLY

| VENDOR NO. | INVOICE DATE | INVOICE NO. | GROSS AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 42820000001 | 05/12/2010 | 5122010RT 27 | 500.50 | .00 | 500.50 |
| 42820000001 | 05/12/2010 | 5122010RT 28 | 451.25 | .00 | 451.25 |
| 42820000001 | 05/12/2010 | 5122010RT.JM | 525.00 | .00 | 525.00 |
| 42820000001 | 05/12/2010 | 5122010RT.LI | 382.50 | .00 | 382.50 |
| 42820000001 | 05/12/2010 | 5122010RT.UJ | 579.13 | .00 | 579.13 |
| 42820000001 | 05/12/2010 | 5122010RT.XS | 120.00 | .00 | 120.00 |
| 856196 REMITTANCE ADVICE | | TOTALS | 2,558.38 | .00 | 2,558.38 |

05/12/2010 EDUARDO RENTERIA D

**Kinray, Inc.** 152-35 10TH AVE. WHITESTONE, N.Y. 11357 (718) 767-1234

No. 855155

THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW, IF NOT CORRECT PLEASE NOTIFY US PROMPTLY

| VENDOR NO. | INVOICE DATE | INVOICE NO. | GROSS AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 42820000001 | 05/05/2010 | 5052010RT 27 | 496.00 | .00 | 496.00 |
| 42820000001 | 05/05/2010 | 5052010RT 28 | 446.50 | .00 | 446.50 |
| 42820000001 | 05/05/2010 | 5052010RT.JM | 525.00 | .00 | 525.00 |
| 42820000001 | 05/05/2010 | 5052010RT.LI | 378.00 | .00 | 378.00 |
| 42820000001 | 05/05/2010 | 5052010RT.UJ | 579.13 | .00 | 579.13 |
| 42820000001 | 05/05/2010 | 5052010RT.XS | 115.00 | .00 | 115.00 |
| 855155 REMITTANCE ADVICE | | **TOTALS** | **2,539.63** | **.00** | **2,539.63** |

05/05/2010 EDUARDO RENTERIA D

**Kinray, Inc.** 152-35 10TH AVE. WHITESTONE, N.Y. 11357 (718) 767-1234

No. 854151

THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW, IF NOT CORRECT PLEASE NOTIFY US PROMPTLY

| VENDOR NO. | INVOICE DATE | INVOICE NO. | GROSS AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 42820000001 | 04/28/2010 | 4282010RT 27 | 509.50 | .00 | 509.50 |
| 42820000001 | 04/28/2010 | 4282010RT 28 | 446.50 | .00 | 446.50 |
| 42820000001 | 04/28/2010 | 4282010RT.JM | 525.00 | .00 | 525.00 |
| 42820000001 | 04/28/2010 | 4282010RT.LI | 382.50 | .00 | 382.50 |
| 42820000001 | 04/28/2010 | 4282010RT.UJ | 579.13 | .00 | 579.13 |
| 42820000001 | 04/28/2010 | 4282010RT.XS | 120.00 | .00 | 120.00 |
| 854151 REMITTANCE ADVICE | | TOTALS | 2,562.63 | .00 | 2,562.63 |

04/28/2010 EDUARDO RENTERIA D